CIVIL MINUTES CLOSING

Case No    CV 18-7924-AG          Date: December 28, 2018

Title: IN RE ROBERT W HUNT, M.D.

Present    ANDREW J. GUILFORD , United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                              Attorneys for Defendant

Not Present                                              Not Present

Proceedings:      ☐ In Court      X In Chambers      ☐ Counsel Notified

☐     Case previously closed in error. Make JS-5.

X     Case should have been closed on entry dated 11/14/18. Make JS-6.

☐     Case settled but may be reopened if settlement is not finalized within      days. Make JS-6.

☐     Other                   .

☐     Entered               .

CV-74 (08/97)                            Initials by Deputy Clerk    lmb